UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| JOHN WILLIAM RETTE,<br><br>               Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br>               Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 2:17-CV-25-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 20]. In sum, plaintiff's motion for judgment on the pleadings [D.E. 14] is DENIED, defendant's motion for judgment on the pleadings [D.E. 17] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on June 11, 2018, and Copies To:**
Branch W. Vincent, III                                   (via CM/ECF electronic notification)
David N. Mervis                                           (via CM/ECF electronic notification)

DATE:                                     PETER A. MOORE, JR., CLERK
June 11, 2018                       (By) /s/ Nicole Briggeman
                                                   Deputy Clerk